UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE )<br>1310 L Street, NW, 7th Floor )<br>Washington, D.C. 20006 )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE )<br>950 Pennsylvania Ave., NW )<br>Washington, D.C. 20530-0001 )<br>)<br>Defendant. )<br>_____) | Case No. 17-1771 (EGS) |

**JOINT STATUS REPORT**

Plaintiff, the Competitive Enterprise Institute ("CEI"), and Defendant, the United States Department of Justice ("DOJ"), by and through the undersigned counsel, hereby report that they have met and conferred regarding the subjects set forth in the Court's minute order dated October 24, 2017. They report as follows.

1. **The status of plaintiff's FOIA request.** DOJ is processing plaintiff's request. Its current focus is on gathering responsive documents, a task which is proceeding rapidly but is not yet complete. The primary remaining task involves working with its information technology personnel to retrieve electronic email data regarding employees who have left the agency. DOJ anticipates that it will complete its document collection in early January, at which time it will process documents for release on a rolling basis.

2. **Anticipated number of documents**. To date, DOJ has collected several thousand responsive documents, certain of which comprise multiple pages. Once it completes its collection process in early January, it will have a clearer picture of the universe of responsive

documents.

    3.  **Anticipated dates of release**. DOJ anticipates making the first of its rolling releases by the end of January 2018. It will make subsequent releases no less than every sixty days. Based on current information, DOJ estimates that its processing will take approximately six months, a schedule on which it would complete its processing in June or July 2018.

    4.  **Whether a motion for an *Open America* stay is likely.** DOJ does not anticipate seeking an *Open America* stay.

    5.  **Whether a *Vaughn* index will be required.** DOJ plans to describe the reasons for any withholdings in a *Vaughn* index or substantially similar manner.

    6.  **Whether this case would benefit from referral.** The parties do not currently believe that the case would benefit from referral to a magistrate judge or mediator.

    7.  **Proposed briefing schedule for dispositive motions**. The parties believe that it is premature to set a briefing schedule, both because DOJ's timeframe for processing the request is only an estimate and because the parties would benefit from a period after processing is complete in which to attempt to resolve any disagreements informally. The parties suggest that they propose a briefing schedule at the time, and in the event, that they reach an impasse in their attempts to resolve the case informally.

For these reasons, the parties propose to file Joint Status Reports every 30 days. Those status reports will update the Court on the parties' progress and propose a briefing schedule should one be required.

Respectfully submitted,

  /s/   Sam Kazman
SAM KAZMAN, D.C. Bar No. 946376
Competitive Enterprise Institute
1310 L St. NW, Seventh Floor
Washington, D.C. 20005
202-331-2265
sam.kazman@cei.org



JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/   Damon Taaffe
DAMON TAAFFE, D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544
damon.taaffe@usdoj.gov