UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE )<br>1310 L Street, NW, 7th Floor )<br>Washington, D.C. 20006 )<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　　v. )<br>　　　　　　　　　　　　　　　　　　　　　　)<br>UNITED STATES DEPARTMENT OF JUSTICE )<br>950 Pennsylvania Ave., NW )<br>Washington, D.C. 20530-0001 )<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. )<br>_____) | Case No. 17-1771 (EGS) |

## JOINT STATUS REPORT

Plaintiff, the Competitive Enterprise Institute ("CEI"), and Defendant, the United States Department of Justice ("DOJ"), by and through the undersigned counsel, hereby report their progress as follows.

1.　Since the parties' last Joint Status Report, filed June 19, 2018 (ECF No. 17), as planned DOJ provided to Plaintiff a draft Vaughn index that provides a categorical summary of documents.

2.　After reviewing the draft Vaughn index Plaintiffs are satisfied that DOJ has now provided all documents required by FOIA under this request.

3.　The only remaining issue in this case concerns attorney fees, which the parties are discussing.

4.      The parties respectfully request that they be permitted to file another Joint Status Report by November 17, 2018, informing the Court if this action has been resolved, or if there are any remaining unresolved matters, and if so, providing the Court with a proposed briefing schedule to address any remaining issues.

September 17, 2018                               Respectfully submitted,

                                                   /s/   Devin Watkins
                                                 CHARLES DEVIN WATKINS, D.D.C. Bar No. VA039
                                                 Competitive Enterprise Institute
                                                 1310 L St. NW, Seventh Floor
                                                 Washington, D.C. 20005
                                                 202-331-22278
                                                 devin.watkins@cei.org

                                                 *Attorney for Plaintiff*

                                                 JESSIE K. LIU, D.C. Bar. No. 472845
                                                 United States Attorney

                                                 DANIEL F. VAN HORN, D.C. Bar No. 924092
                                                 Chief, Civil Division

                                      By:        */s/ Sherri L. Morgan*
                                                 SHERRI L. MORGAN, D.C. Bar No. 430767
                                                 Special Assistant United States Attorney
                                                 Civil Division
                                                 555 4th Street, N.W.
                                                 Washington, D.C. 20530
                                                 (202) 252-2538
                                                 Sherri.Morgan@usdoj.gov

                                                 *Attorneys for defendant*